**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

The State, Respondent,

v.

General T. Little, Petitioner.

Appellate Case No. 2021-001043

---

Appeal from Charleston County
Thomas L. Hughston Jr., Circuit Court Judge

---

Memorandum Opinion No. 2023-MO-008
Heard April 19, 2023 – Filed April 26, 2023

---

**CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED**

---

Vordman Carlisle Traywick III, of Robinson Gray Stepp & Laffitte, LLC, of Columbia, and Chief Appellate Defender Robert Michael Dudek, of Columbia, both for Petitioner.

Attorney General Alan McCrory Wilson, Deputy Attorney General Donald J. Zelenka, Senior Assistant Deputy Attorney General Melody Jane Brown, Assistant Attorney General Tommy Evans Jr., all of Columbia, and Solicitor Scarlett Anne Wilson, of Charleston, all for Respondent.

---

**PER CURIAM:**  We granted a writ of certiorari to review the court of appeals' decision in *State v. Little*, Op. No. 2021-UP-196 (S.C. Ct. App. filed July 21, 2021). We now dismiss the writ as improvidently granted.[1]

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**BEATTY, C.J., KITTREDGE, FEW, JAMES and HILL, JJ., concur.**

---

[1] Counsel for Petitioner argued this appeal as part of the Appellate Practice Project. We commend counsel's efforts and appreciate his willingness to represent Petitioner.